IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VARTOUHI PINKSTON, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00367-MTT |
| | * |
| COUNTY OF MACON-BIBB GEORGIA, et al., | |
| | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 9, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 9th day of February, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk